# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-00012 (WLS-TQL) |
| | : |
| JAMIE LOZANO-VALLES, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

The Court intends to notice this case for the August 2022 trial term. All Parties' counsel shall review the case, confer, and inform the Court **no later than Wednesday, June 15, 2022** whether any matters require a hearing or further briefing or whether the case is ready to proceed to trial. If this case is not ready for trial, a motion to continue the trial should be filed immediately for the Court's timely consideration or a change of plea must be entered; otherwise, this case will be noticed for a pretrial conference. The Court notes that the time remaining in this case under the Speed Trial Act shall expire soon and hereby instructs the Parties to move forward to resolution of this matter, consistent with the Defendant's right to a speedy resolution.

**SO ORDERED**, this 8th day of June 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**