IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 7:22-CR-12 (WLS-TQL-1) |
| JAIME LOZANO-VALLES, | : | |
| Defendant. | : | |

## **ORDER**

Before the Court are Response by Defendant Lozano-Valles (Doc. 34) and Response by Government (Doc. 35), filed on December 19, 2022, to this Court's Order to Confer (Doc. 33). Defense Counsel explains that although there are no pending motions nor matters for the Court to consider at the moment, Counsel cannot say if any pretrial motions may be necessary yet because he has not completely reviewed the discovery with Defendant Lozano-Valles. (Doc. 34, at 1). Additionally, Defense Counsel notes that he will "work diligently" to complete discovery review and analysis with Defendant and then "proceed accordingly with the litigation of this case." (*Id.*)

Government also filed its Response and explained that it has conferred with Defendant and Defense Counsel and that Government concurs with the Defendant's "status report." (Doc. 35, at 1).

But the Parties did not specifically request a continuance in their Responses. (Doc. 34; Doc 35). Therefore, if additional time is needed to continue with discovery and analysis, the Parties are **ORDERED** to file a Motion to Continue by **no later than close of business,**

1

2

**Tuesday, December 27, 2022.** Otherwise, the case is noticed for the Valdosta February 2023 trial term, beginning on February 6, 2023.

    **SO ORDERED**, this 20th day of December, 2022.

                                                  **/s/ W. Louis Sands**
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**