IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-12 (WLS-TQL-1) |
| | : |
| JAIME LOZANO-VALLES, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is a Motion to Continue Trial in the Interest of Justice filed by Defendant Lozano-Valles on December 27, 2022. (Doc. 37). Therein, Defendant requests a continuance to the next trial term because Defendant needs more time to review discovery and finalize the investigation. Additionally, Defense Counsel notes that "negotiations are [still] ongoing," and Parties believe additional continuance may allow them to resolve the case. (*Id.* at 2). Defense Counsel also states that the Government does not oppose this motion. (*Id.*)

The Court notes that this is the fourth time that a continuance has been requested in this matter. But based on Defendant's stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).

Thus, for good cause shown, Defendant's Motion to Continue (Doc. 37) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division May 2023 trial term beginning on May 8,

1

2023, and its conclusion, or as may otherwise be ordered by the Court.

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this  28th  day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**