IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:22-CR-12 (WLS-TQL-1) |
| | : |
| JAIME LOZANO-VALLES | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Before the Court is an Unopposed Motion to Continue in the Interest of Justice (Doc. 41) submitted by the Defendant on March 17, 2023. Therein, Defendant requests the Court to continue the case to the next available Valdosta trial term because Defense Counsel needs additional time to finalize the necessary investigation and research the sentencing guidelines. (*Id.*) Defense Counsel also contends that both Parties believe additional continuance will also allow them to resolve the case short of trial. (*Id.*) Defense Counsel notes that there will be no prejudice to the Government if the Motion is granted.

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the Unopposed Motion to Continue in the Interest of Justice (Doc. 41) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division August 2023 trial term beginning on August 7, 2023, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __23rd__ day of March 2023.

>   /s/ W. Louis Sands
>   **W. LOUIS SANDS, SR. JUDGE**
>   **UNITED STATES DISTRICT COURT**