IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CASE NO.: 7:22-CR-12 (WLS-TQL-1) |
| JAIME LOZANO-VALLES, | : |
| Defendant. | : |

## ORDER

A change of plea hearing for Defendant Lozano-Valles was scheduled to take place on Wednesday, July 19, 2023. Counsel for the Government, Defendant Lozano-Valles, his Counsel, and the interpreter for Defendant appeared before the Court for the hearing. Immediately before the hearing, however, the Court was notified that Defendant wanted a change of Counsel. Counsel for the Government was asked to wait outside the Courtroom while the Court further heard from Defendant.

Thereafter, the Court invited the Government Counsel back to the Courtroom and informed both Parties that proceeding with a change of plea hearing was inappropriate as scheduled; therefore, the change of plea hearing is **CANCELED.** The Court also noted that the Speedy Trial clock for the case is still set for August; accordingly, the Court instructed the Parties to either reach out to the Courtroom Deputy to reschedule the change of plea hearing, if appropriate, or to file a formal motion for continuance.

**SO ORDERED**, this   21st   day of July, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**