**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:22-CR-12 (WLS-TQL-1) |
| | : | |
| JAIME LOZANO-VALLES | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is an Unopposed Motion to Continue Trial in the Interest of Justice (Doc, 56), filed by the Defendant on October 10, 2023. Therein, Defendant requests the Court to continue the trial to the next term because the Government and Defense Counsel still need to engage in further discussions, and both Parties expect those meetings will result in resolution short of trial. (*Id.*) Defendant also notes that the Government does not oppose the instant Motion. (*Id.*)

Based on the stated reasons and good cause shown, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of Defendant and the public in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B).

Thus, for good cause shown, Defendant's Unopposed Motion to Continue (Doc. 56) is **GRANTED.** The Court hereby **ORDERS** that the trial in the above-referend matter be **CONTINUED** to the Valdosta Division February 2024 trial term beginning on February 5, 2024, and its conclusion, or as may otherwise be ordered by the Court.

1

Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of injustice. 18 U.S.C. § 3161(h)(7)(B)(i).

**SO ORDERED**, this __16th__ day of October, 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2