**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | CASE NO.: 7:22-CR-12 (WLS-TQL) |
| JAIME LOZANO-VALLES, | : | |
| Defendant. | : | |

**ORDER**

On October 24, 2024, the Court held a hearing to determine the sentencing of Defendant Jaime Lozano-Valles. (*See* Unnumbered Docket Entry 75). The Court, however, suspended the hearing at Defendant's request to allow time for the Court to consider additional submissions on Defendant's behalf. Defense Counsel was instructed to provide any such submissions to the United States Probation Office for the Court's consideration and to serve the Government with the same. The hearing was then continued to a future date to be set by the Court.

This Order is to memorialize the Court's instructions given at the October 24 hearing and the continuance of the hearing date. Accordingly, it is **ORDERED** that the hearing in this matter is reset for **Thursday, November 21, 2024, at 2:30 P.M.** Defense Counsel is **INSTRUCTED** to gather any additional submissions on Defendant's behalf and present those to the United States Probation Office within seven (7) days of the hearing date, or **by no later than Thursday, November 14, 2024**.

**SO ORDERED**, this 28th day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**